UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-14-08

## ORDER FOR ADMISSION PRO HAC VICE

Considering the Certificate of Good Standing and all other documents required by Case Management Order No. 5 submitted by counsel, IT IS HEREBY ORDERED that:

Applicant's Name: Christy D. Jones

Firm Name: Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Address: AmSouth Plaza, 210 East Capitol Street, Suite 1700

City/State/Zip: Jackson, MS 39201

Telephone/Fax: (601) 948-5711/(601) 948-4500

Email Address: Christy.Jones@butlersnow.com

is admitted to practice pro hac vice as counsel for Merck & Co., Inc. in the above captioned case in the United States District Court for the Southern District of New York.

Dated: March 14, 2008

New York, New York

So ordered

John F. Keenan
United States District Judge

60236530.1.DOC

AO 136 (Rev 9-98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__SOUTHERN__    DISTRICT OF    __MISSISSIPPI__

**CERTIFICATE OF GOOD STANDING**

I, __J. T. NOBLIN__ , Clerk of this Court,

certify that __Christy D. Jones__ , Bar # __3192__ ,

was duly admitted to practice in this Court on

__September 30, 1977__ , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at __Jackson, Mississippi__ on __March 4, 2008__ .
LOCATION                                         DATE


J. T. NOBLIN                           [signature]
CLERK                                  DEPUTY CLERK

AO 136 Certificate of Good Standing (ND Miss 1/07)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, David Crews, Clerk of the United States District Court for the Northern District of Mississippi, certify that the attorney identified below was duly admitted to practice before this Court on the date stated and is, as of the date of this certificate, in good standing as a member of the Bar of the United States District Court for the Northern District of Mississippi.

**ATTORNEY'S NAME:** CHRISTY D. JONES

**BAR NUMBER:** 3192

**DATE ADMITTED:** OCTOBER 10, 1978

Given under my hand and Seal of this Court.

DATE: March 4, 2008          DAVID CREWS, CLERK

By: _____
Kay Terrell
Deputy Clerk